IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ARCEO,

    Plaintiff,                    No. CIV S-00-0057 GEB GGH P

  vs.

CAL TERHUNE, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, initially filed this civil rights action under 42 U.S.C. § 1983. Plaintiff now seeks to enforce provisions of a settlement agreement which terminated the action. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 20, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Neither party has filed objections to the findings and
2  recommendations.
3          The findings and recommendations are not adopted since
4  the federal court "lack[s] jurisdiction to address any disputes
5  over the [parties'] settlement agreement." O'Connor v. Colvin,
6  70 F.3d 530, 533 (9th Cir. 1995); see also Kokkonen v. Guardian
7  Life Ins. Co. of Am., 511 U.S. 375, 382 (1994) (indicating that a
8  settlement of a federal lawsuit is to be enforced in state court
9  "unless there is some independent basis for federal
10 jurisdiction"); Jessup v. Luther, 277 F.3d 926, 929 (7th Cir.
11 2002) ("The settlement is just another contract to be enforced in
12 the usual way, that is, by a fresh suit.").
13         Because the federal court lacks jurisdiction over the
14 parties' settlement agreement, this action is dismissed.
15         IT IS SO ORDERED.
16 DATED:  June 23, 2005
17
18                                  /s/ Garland E. Burrell, Jr.
19                                  GARLAND E. BURRELL, JR.
20                                  United States District Judge
21
22
23
24
25
26

2